## CHICAGO, R. I. & P. RY. CO. v. SCOTT.

No. 14680—Opinion Filed May 12, 1925.

Error from District Court, Latimer County; E. F. Lester, Judge.

Action between T. J. Scott and the Chicago, Rock Island & Pacific Railway Company. From the judgment the latter appeals. Reversed and remanded.

C. O. Blake, W. F. Collins, W. R. Bleakmore, and A. T. Boys, for plaintiff in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for new trial for failure of the defendant in error to file a brief as provided in rule 7 of this court.

---

## SHELLENBERGER v. SPRADLING.

No. 14866—Opinion Filed May 12, 1925.

Error from Common Pleas Court, Tulsa County; Gerald F. O'Brien, Judge.

Action between Otis Spradling and Earl Shellenberger. From the judgment, the latter appeals. Reversed and remanded.

A. H. Secrest, for plaintiff in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, the cause is reversed and remanded for a new trial for failure of defendant in error to comply with rule 7 of this court.

---

## GIBSON v. FARMERS' & MERCHANTS' BANK OF BOLEY.

No. 16037—Opinion Filed May 12, 1925.

(Syllabus.)

**Appeal and Error—Necessity for Motion for New Trial in Time.**

Where motion for a new trial is not filed within three days from date of the verdict of the jury or judgment of the court, if the case is tried to the court, and no showing is made that the motion was unavoidably prevented from being filed within the time, the appeal will be dismissed.

Error from District Court, Okfuskee County; John L. Norman, Judge.

Action between the Farmers' & Merchants' Bank of Boley and M. A. Gibson. From the

judgment, the latter appeals. Appeal dismissed.

J. J. Bruce, for plaintiff in error.

Patterson & Dooley, for defendant in error.

PER CURIAM. This case is appealed from the district court of Okfuskee county. The jury returned its verdict on the 6th day of June, 1924, and motion for new trial was filed on the 10th day of June, 1924, which was one day too late, and there being no showing that plaintiff in error was unavoidably prevented from filing his motion for new trial within the time provided by section 574, Comp. St. 1921. Joiner v. Goldsmith, 25 Okla. 840, 107 Pac. 733. The appeal is dismissed.

Note.—See under (1) 4 C. J. p. 567.